UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IBRAHIM IBRAHIM,<br><br>Petitioner,<br><br>v.<br><br>BRIAN ENGLISH,<br><br>Respondent. | CAUSE NO. 3:26cv546 DRL-SJF |

ORDER

Ibrahim Ibrahim, an immigration detainee representing himself, asks the court to dismiss his habeas petition and close this case. ECF 10. In his habeas petition, Mr. Ibrahim argued his mandatory detention under 8 U.S.C. § 1226(c) violated his constitutional rights. ECF 2. In his motion to dismiss, he asserts he is no longer detained under § 1226(c) and is now classified under 8 U.S.C. § 1231(a). He requests that the court dismiss his habeas petition without prejudice and close this case pursuant to Fed. R. Civ. P. 41(a)(2) so that he may file a new habeas petition related to his current classification. *Id.*

For these reasons, the court DISMISSES without prejudice Mr. Ibrahim's petition for a writ of habeas corpus (ECF 2) and DIRECTS the clerk to close this case.

SO ORDERED.

September 4, 2026

*s/ Damon R. Leichty*
Judge, United States District Court